1  GEORGE J. COTSIRILOS, JR., SBN 83255
   COTSIRILOS & CAMPISANO LLP
2  250 Montgomery Street
   Suite 1100
3  San Francisco, California 94104
   Telephone: (415) 397-2373
4

5

6

7

8  UNITED STATES DISTRICT COURT

9  FOR THE NORTHERN DISTRICT OF CALIFORNIA

10  SAN FRANCISCO VENUE

11

12  UNITED STATES OF AMERICA,      )    No. CR 09-0824 MMC
                                   )
13              Plaintiff,         )    [PROPOSED & CORRECTED]
    vs.                            )    STIPULATION AND ORDER
14                                 )    RESCHEDULING SENTENCING OF
                                   )    ZHIJIAN WU FOR AUGUST 18, 2010
15  ZHIJIAN WU,                    )
                                   )
16              Defendants.        )
    _____)

17

18      The parties submit the instant Stipulation and Order seeking to continue the sentencing

19  of defendant Zhijian Wu from July 14, 2010 to August 18, 2010, prior submissions

20  notwithstanding.

21      The parties agree that a continuance is necessary for the reasons set forth in the

22  declaration of Mark Rosenbush ("Rosenbush Declaration"), submitted to this Court on June 15,

23  2010 in support of a proposed Stipulation and Order continuing the sentencing hearings of both

24  his client, co-defendant Kam Seto and defendant Zhijian Wu. Additional time is necessary to

25  allow the probation department to complete its presentence investigation of this complex matter,

26  and to allow for defense counsel to be present at the presentence interviews of the defendants.

27  Rosenbush Declaration, ¶ ¶ 1-6.  However, due to Mr. Rosenbush's unawareness of a July 28,

28

Stipulation & Order Rescheduling Sentencing Hearing         - 1 -

1  2010 scheduling conflict for counsel for Zhijian Wu, the requested Stipulation and Order
2  previously submitted by Mr. Rosenbush asked that Mr. Seto's sentencing be set for August 18,
3  2010 and Mr. Wu's sentencing be set for July 28, 2010.
4      In light of the scheduling conflict of counsel for defendant Zhijian Wu, and to allow for
5  the proper completion of the probation department's pretrial investigation, the parties now
6  request that sentencing for defendant Zhijian Wu be set for August 18, 2010, the same date on
7  which defendant Kam Seto has requested that his matter be scheduled for sentencing.
8      Accordingly, good cause appearing, and the parties having stipulated thereto, the
9  sentencing hearing for defendant Zhijian Wu, currently scheduled for July 14 2010, shall be
10  rescheduled and held on August 18, 2010 at 2:30 p.m.

12  SO STIPULATED.

14  Dated: June 16, 2010                    /S/
                                        KYLE S. WALDINGER
15                                      Assistant United States Attorney

18  Dated: June 16, 2010                    /S/
                                        GEORGE J. COTSIRILOS, JR.
                                        Attorney for Defendant
19                                      Zhijian Wu

21  Dated: June 16, 2010                    /S/
                                        MARK ROSENBUSH
22                                      Attorney for Defendant
                                        Kam Seto

23  SO ORDERED.

26  Dated: June 21, 2010                 *(signature)*
                                        MAXINE M. CHESNEY
                                        UNITED STATES DISTRICT JUDGE