GEORGE J. COTSIRILOS, JR., SBN 83255
COTSIRILOS & CAMPISANO LLP
250 Montgomery Street
Suite 1100
San Francisco, California 94104
Telephone: (415) 397-2373

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO VENUE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 09-0824 MMC |
| | ) | |
| Plaintiff, | ) | [PROPOSED] STIPULATION AND ORDER |
| vs. | ) | RESCHEDULING SENTENCING OF |
| | ) | ZHIJIAN WU FOR SEPTEMBER 8, 2010 |
| | ) | |
| ZHIJIAN WU, | ) | |
| | ) | |
| Defendants. | ) | |

The parties submit the instant Stipulation and Order seeking to continue the sentencing
of defendant Zhijian Wu from August 25, 2010 to September 8, 2010.

The parties agree that a continuance is necessary to allow the probation department to
complete its presentence investigation of this complex, multiple-defendant matter. Because of
complications emanating from the parties' calendars during the summer months, the need to
identify and properly comprehend extensive relevant case facts related to this and other
defendants, and the need to allow for defense counsel to be present at the presentence interview,
now scheduled for July 27, 2010, the presentence investigation is not yet complete.

The parties have consulted with the Court clerk and the probation officer and confirmed
that September 8, 2010 is an available date agreeable to the parties and the probation department.

- 1 -

1    Accordingly, good cause appearing, and the parties having stipulated thereto, the

2   sentencing hearing for defendant Zhijian Wu, currently scheduled for August 25, 2010, shall be

3   rescheduled and held on September 8, 2010 at 2:30 p.m.

4

5    SO STIPULATED.

6

7   Dated:   July 26, 2010                      _____/S/_____
                                                KYLE S.WALDINGER
8                                               Assistant United States Attorney

9

10
    Dated:   July 26, 2010                      _____/S/_____
11                                              GEORGE J. COTSIRILOS, JR.
                                                Attorney for Defendant
12                                              Zhijian Wu

13

14

15   SO ORDERED.

16

17

18  Dated:   July 27, 2010                      /s/ Charles R. Breyer for Maxine M. Chesney
                                                _____
19                                              UNITED STATES DISTRICT JUDGE

20

21

22

23

24

25

26

27

28